**Trung D. Tu, OSB No. 004100**
Deputy City Attorney
**PORTLAND CITY ATTORNEY'S OFFICE**
1221 SW Fourth Ave., Room 430
Portland, Oregon 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Email: trung.tu@portlandoregon.gov

Of Attorneys for Defendant City of Portland

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **PHILIP CHACHKA**,<br><br>    Plaintiff,<br><br>v.<br><br>**CITY OF PORTLAND**; and **JOHN DOES 1-10**,<br><br>    Defendants. | Case No. **3:22-cv-01141-AR**<br><br>**STIPULATED JUDGMENT** |

Based on Defendant City of Portland's ("Defendant" or "City") Offer of Judgment in the amount of Five Thousand One Dollars and Zero Cents ($5,001.00) that was entered on December 21, 2022 (ECF No. 13), Plaintiff Philip Chachka's ("Plaintiff" or "Chachka") subsequent acceptance of that Offer of Judgment that was entered on January 6, 2023 (ECF No. 14), and the stipulation of the parties made herein that the Court would award Two Thousand Three Hundred Two Dollars and Zero Cents ($2,302.00) to Plaintiff for his reasonable attorneys' fees and costs incurred in this case, the Court hereby enters this STIPULATED JUDGMENT in favor of Plaintiff and against the City in the total sum of Seven Thousand Three Hundred Three Dollars and Zero Cents ($7,303.00).

/// /// ///

**Page  1  –  STIPULATED JUDGMENT**

This Stipulated Judgment shall not be construed as an admission of liability by the City nor an admission that Plaintiff suffered any damages.

**IT IS SO STIPULATED BY THE PARTIES:**

DATED: 2/13/2023

*[signature]*

Jonathan Gersten, OSB No. 191582
Juan C. Chavez, OSB No. 136428
Franz Bruggemeier, OSB No. 163533
Alex Meggitt, OSB No. 174131
*Of Attorneys for Plaintiff Philip Chachka*

DATED: 2/14/2023

*[signature]*

Trung D. Tu, OSB No. 004100
*Of Attorneys for Defendant City of Portland*

**IT IS SO ORDERED AND ADJUDGED:**

DATED: February 15, 2023

*[signature]*

Honorable Jeffrey Armistead
United States Magistrate Judge